# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

RYAN ROSARIO,

Debtor

Case No. 2:23-bk-03823-EPB

DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO CONTINUE AUTOMATIC STAY

I, Ryan Rosario, the Debtor in the above-entitled case, hereby declare under penalty of perjury:

1. I make this Declaration in support of my Motion to Continue Automatic Stay.

2. I have filed bankruptcy one time in the past year before filing the above captioned case.

3. The previous filing, Case No. 2:22-bk-04521-MCW was a Chapter 13 case filed on July 24, 2022 and was subsequently dismissed on May 24, 2023.

4. In my previous case I fell behind on plan payments and my case was dismissed.

5. After filing my prior Chapter 13, I had a dispute with my employer over the amount I was paid and I was forced to resign.

6. Shortly thereafter, I found a new job at a higher hourly rate, but I not given the opportunity to work to my full capacity. My income was less than when I filed and I struggled to pay for necessities and pay my Plan payments.

7. Beginning around March 2023, I have proven my abilities at my new employer and I am being given the extra hour I need to maintain my lifestyle and pay my Plan payment.

8. Based on my performance at work, I am expect to earn not less than $80,000 this

Debtor's Motion to Continue Stay

Case 2:23-bk-03823-EPB    Doc 13-1    Filed 06/12/23    Entered 06/12/23 21:26:12    Desc
Exhibit Declaration of Debtor    Page 1 of 3
Doc ID: 8f31d2a36c8ae35364bf1300332a72a20dbf60bd

year which is substantially higher than at my previous job.

8.   As such I am able to make my monthly trustee payments to successfully complete my Chapter 13 plan of reorganization.

                                                    Respectfully submitted:

/s/ *[signature]*
                                                   Ryan Rosario



Audit trail

| | |
|---|---|
| Title | Signature Page Rosario Affidavit |
| File name | Affidavit.pdf |
| Document ID | 8f31d2a36c8ae35364bf1300332a72a20dbf60bd |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

Document History

**SENT**  06 / 13 / 2023  04:10:17 UTC  Sent for signature to Ryan Rosario (ryanrosario71@gmail.com) from david@cutlerltd.com  IP: 207.181.208.115

**VIEWED**  06 / 13 / 2023  04:17:32 UTC  Viewed by Ryan Rosario (ryanrosario71@gmail.com)  IP: 174.238.225.238

**SIGNED**  06 / 13 / 2023  04:17:52 UTC  Signed by Ryan Rosario (ryanrosario71@gmail.com)  IP: 174.238.225.238

**COMPLETED**  06 / 13 / 2023  04:17:52 UTC  The document has been completed.

Powered by Dropbox Sign