# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

RYAN PATRICK ROSARIO,

          Debtor.

Chapter: 13

Case No. 2:23-bk-03823-EPB

**NOTICE OF HEARING ON MOTION TO CONTINUE AUTOMATIC STAY AFTER PRIOR DISMISSAL WITHIN YEAR OF FILING**

PLEASE TAKE NOTICE that on **July 6, 2023 at 10:00 AM,** a hearing will be had on Debtor's Motion to Continue Automatic Stay After Prior Dismissal Within Year of Filing.

All appearances will be by via telephone, the parties are to call 877-810-9415, access code 1064631 a few minutes prior to the hearing time. The Motion is based upon this Notice, the facts alleged in the Motion and Debtors Schedules filed in this case. Copies of these pleadings, if not served upon you, may be obtained by contacting the undersigned counsel or viewed at the United States Bankruptcy Court at 230 N. First Avenue, Phoenix Arizona.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not want the Court to grant the relief, consider your view, you or your attorney must attend the Hearing. If you or your attorney do not attend the Hearing, the Court may grant the relief requested in the Motion

Dated: June 14, 2023

                                                Respectfully submitted:

                                                /s/ Tom McAvity
                                                Tom McAvity, 034403
                                                Phoenix Fresh Start Bankruptcy
                                                4602 E Thomas Rd, Ste S-9
                                                Phoenix, AZ 85018

# CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this the 14th day of June, 2023 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Edward J Maney, Trustee
101 N. First Ave
Suite 1775
Phoenix, Arizona 85003
service@maney13trustee.com

Creditors appearing on
the attached Master Mailing List

/s/ Tom McAvity

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:23-bk-03823-EPB<br>District of Arizona<br>Phoenix<br>Wed Jun 14 07:31:22 MST 2023 | Aaron's Sales & Lease<br>Attn: Legal Dept<br>400 Galleria Pkwy Se, Suite 300<br>Atlanta GA 30339-3182 | Acima Credit<br>9815 South Monroe Street<br>4th Floor<br>Sandy UT 84070-4384 |
| Arizona Department of Revenue<br>P.O. Box 52016<br>Phoenix AZ 85072-2016 | Arizona Department of Revenue<br>c/o: Tax, Bankruptcy and Collection<br>2005 N Central Ave. Suite 100<br>Phoenix, AZ 85004-1546 | Auto Now Financial Ser<br>Attn: Bankruptcy<br>P.O. Box 816<br>Glendale AZ 85311-0816 |
| Bridgecrest<br>7300 East Hampton Avenue<br>Suite 100<br>Mesa AZ 85209-3324 | Bureau Of Medical Economics<br>Attn: Bankruptcy<br>Po Box 20247<br>Phoenix AZ 85036-0247 | (p)CMRE FINANCIAL SERVICES INC<br>3075 E IMPERIAL HWY STE 200<br>BREA CA 92821-6753 |
| Camelback Finance Inc/Cactua Jacks<br>Attn: Bankruptcy<br>2440 West Camelback Road<br>Phoenix AZ 85015-3419 | Cash Time Title Loans<br>Attn: Bankruptcy<br>2140 West Camelback Rd<br>Phoenix AZ 85015-3461 | Cash and Credit Auto Sales<br>5222 W. Glendale Avenue<br>Glendale AZ 85301-2604 |
| Collections Usa Inc<br>Attn: Bankruptcy<br>Po Box 10070<br>Glendale AZ 85318-0070 | Dynamite Auto Sales<br>3050 E Van Buren St<br>Phoenix AZ 85008-6807 | First National Bank Texas or First Conve<br>Attn: Correspondence/Bankruptcy<br>Po Box 937<br>Killeen TX 76540-0937 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls SD 57117-5524 | Genesis FS Card Services<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton OR 97076-4401 | IC Systems, Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul MN 55164-0378 |
| IRS<br>Central Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Marcus George<br>14534 N. 157th Circle<br>Surprise AZ 85379-6212 | Medical Data Systems (MDS)<br>2001 9th Avenue<br>Suite 312<br>Vero Beach FL 32960-6413 |
| Navient Solutions Inc<br>Attn: Bankruptcy<br>P.O. Box 9500<br>Wilkes-Barre PA 18773-9500 | (p)PRESTO LOAN CENTERS LLC<br>2612 N 16TH STREET<br>PHOENIX AZ 85006-1403 | Prime Acceptance Corp<br>Attn: Bankruptcy<br>Po Box 768<br>Sandy UT 84091-0768 |
| Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Red Mountain Funding I<br>916 E Baseline Road<br>Mesa AZ 85204-6600 | Rent A Center<br>1580 Mt. Hood Ave.<br>Woodburn OR 97071-9069 |
| Rent-a-Center<br>c/o Mark Speese, CEO<br>5501 Headquarters Drive<br>Dallas TX 75204 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth TX 76161-0244 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX AZ 85003-1725 |

| | | |
|---|---|---|
| Wheels Financial Group/dba Loan Mart<br>Attn: Bankruptcy<br>Po Box 8075<br>Van Nuys CA 91409-8075 | EDWARD J. MANEY<br>101 N. FIRST AVE., SUITE 1775<br>PHOENIX, AZ 85003-1927 | RYAN PATRICK ROSARIO<br>1447 E PURDUE AVE<br>PHOENIX, AZ 85020-2243 |

THOMAS ADAMS MCAVITY
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| CMRE Financial Services<br>Attn: Bankruptcy<br>3075 E Imperial Hwy Suite 200<br>Brea CA 92821 | Presto Auto Loans<br>P.o. Box 35664<br>Phoenix AZ 85069 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Heritagemo

End of Label Matrix
Mailable recipients    33
Bypassed recipients     1
Total                  34