IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) CHAPTER 13 PROCEEDINGS
)
) CASE NO. # 2: 23-03823-EPB
RYAN P. ROSARIO, )
) DISMISSAL ORDER
)
) *Docket #1*
(Debtor(s) )

It having been shown to the Court that the Debtor(s) has failed to comply with the Court requirement concerning:

The debtors have failed to remit any Plan payments to the Trustee since the date this case was filed on June 8, 2023. As required by the Court's Local Rule 2084-10, plan payments are to begin 30 days after the case is filed. In addition, on August 18, 2023, the Arizona Department of Revenue filed an amended proof of claim [#2] listing unfiled income tax returns for 2014, 2016, 2017, 2018 and 2019.

Therefore, pursuant to LOCAL RULE 2084-10,

IT IS ORDERED THAT:

1. This case is dismissed and the Clerk of the Court will give notice of the dismissal to all creditors;

2. A Motion to Reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve reinstatement of the case, the matter may be set for hearing upon the Debtor(s)' motion. The Court may set a hearing on the Debtor(s)' motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

3. **If the case has had a Plan confirmed,** pursuant to 28 U.S.C. §586(e)(2), the Trustee shall be paid his percentage fee from all payments received from the Debtor(s). <u>If the case has not had a Plan unconfirmed, the Trustee shall not be paid his percentage fee.</u>

4. If the Court previously entered a payroll deduction order on one or both of the debtors' wages, then the Court vacates that order; and

5. Except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings related to this case are vacated.

6. <u>Retention of Jurisdiction</u>: The Trustee will retain the Debtor(s) funds pending Court approval of the payment of administrative expenses of the Debtor(s) attorney. If the Debtor(s) Chapter 13 Plan contained an Application for Payment of Administrative Expenses to the Debtor(s) attorney and no party filed an objection to the Application, the Debtor(s) attorney may lodge an Order approving the Application **within ten days** after the Court enters this Dismissal Order. Alternatively, the Debtor(s) attorney has **ten days** from the Court's entry of this Dismissal Order to file a separate fee application. If an Order approving the Application or a separate fee application is not filed within ten days, all remaining funds held by the Trustee will be returned to the Debtor(s);

**ORDER SIGNED ABOVE**